UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:06-cr-121-FtM-99DNF

HOWARD HENRY
SHEILA W. HENRY

_____

**ORDER**

This matter comes before the Court on Report and Recommendation (Doc. #221), filed on January 8, 2008, as to restitution by Howard Henry, Sheila Henry and Quitin Henry. The Court previously entered an Order (Doc. #231) as to Quitin Henry. No objections have been filed to the Report and Recommendation, and the time to file objections has expired.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #221) is **accepted and adopted** as to defendants Howard Henry and Sheila Henry.

2. The Clerk of the Court shall enter an amended judgment as to Howard Henry imposing restitution jointly and severally with Quitin Henry and Sheila Henry in the amount of $4,971.22 in favor of Norma Handley and $596.00 in favor of Armando Garcia and Dulce M. Consul-Garcia.

3. The Clerk of the Court shall enter an amended judgment as to Sheila Henry imposing restitution jointly and severally with Quitin Henry and Howard Henry in the amount of $4,971.22 in favor of Norma Handley and $596.00 in favor of Armando Garcia and Dulce M. Consul-Garcia.

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of February, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
U.S. Probation
DCCD