UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                        2:06-cr-121-FtM-99DNF

HOWARD HENRY
SHEILA W. HENRY
_____

**OPINION AND ORDER**

     This matter comes before the Court on defendants' Motion for Reconsideration of Emergency Motion to Vacate Judgment of Conviction and Sentence Due to Violation of the Magistrate's Act (Doc. #294) filed on October 1, 2009. Defendants ask the Court to reconsider and retract its Opinion and Order (Doc. #276) filed on May 8, 2009, denying its motion to vacate the judgment in this criminal case.[1] In a criminal case a motion for reconsideration must be filed within ten days of the order. United States v. Russo, 760 F.2d 1229 (11th Cir. 1985); United States v. Vicaria, 963 F.2d 1412, 1413-14 (11th Cir. 1992). The current motion is therefore untimely.

     Accordingly, it is now

     **ORDERED:**

---

[1]The Court notes that defendants each have a petition under 28 U.S.C. § 2255 currently pending.

Defendants' Motion for Reconsideration of Emergency Motion to Vacate Judgment of Conviction and Sentence Due to Violation of the Magistrate's Act (Doc. #294) is **DISMISSED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of October, 2009.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Howard Henry
Sheila Henry